UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Barry Harris, | Case No.: 2:24-cv-01533-JAD-EJY |
| Plaintiff | |
| v. | |
| State of Nevada, | **Order Administratively Closing Case and Opening Case as a Criminal Matter** |
| Defendant | |

  Pro se Plaintiff Barry Harris filed a Notice of Removal under 28 U.S.C. § 1455 and Federal Rule of Civil Procedure (FRCP) 11.[1] Harris also submitted an application to proceed *in forma pauperis*.[2] The Clerk of the Court opened this case as a prisoner civil rights lawsuit. But after reviewing Harris's notice and 28 U.S.C. § 1455, I direct the Clerk of the Court to administratively close this civil case and to open Harris's filings as a criminal matter under 28 U.S.C. § 1455.

  Title 28 U.S.C. § 1455 sets forth the procedure for a criminal defendant to remove a criminal prosecution from state court to federal court.[3] A defendant "desiring to remove any criminal prosecution from a [s]tate court" must file in the appropriate federal district court a notice of removal signed under FRCP 11 and meet the specified requirements set forth in the

---

[1] ECF No. 1-1.
[2] ECF No. 1
[3] 28 U.S.C. § 1455(a)-(c).

statute.[4]  If the defendant does not meet the specified requirements set forth in the statute, the federal district court may remand the case.[5]

Because the statute makes clear that this is a removal of a criminal case, I direct the Clerk of the Court to close this civil case and open Harris's filings in a criminal case.  To be clear, however, I make no determination at this time whether Harris's notice of removal satisfies the requirements of § 1455.

IT IS HEREBY ORDERED that **the Clerk of the Court is directed to**:

- **ADMINISTRATIVELY CLOSE** this case;
- **OPEN** and **FILE** Harris's filings in a new criminal matter; and
- **FILE** a copy of this order in the new criminal matter.

Dated: September 5, 2024

_____
U.S. District Judge

---

[4] *Id.* at § 1455(a)–(b).

[5] *Id.* at § 1455(b)(4).